UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WANDA M. ALLEN,

    Petitioner,

    v.                         Civil Action No. 26-cv-11598-LTS

CAROLINA STATE BAR, et al.,

    Respondents.

FINAL ORDER OF DISMISSAL

In accordance with the Order dated April 17, 2026, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date:   4/17/2026

By the Court,

/s/ Samantha Dore
Deputy Clerk